MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
          tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>CANYON WILLOW TROP OWNERS' ASSOCIATION; VAN N. KABZENELL; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01327-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT CANYON WILLOW TROP OWNERS' ASSOCIATION'S MOTION TO DISMISS [ECF NO. 6]**<br><br>**(FIRST REQUEST)** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendant Canyon Willow Trop Owners' Association (**Canyon Willows**) respectfully submit the following stipulation to allow BANA fourteen additional days to oppose Canyon Willows' motion to dismiss (the **motion**). ECF No. 6.

Canyon Willows filed its motion on July 6, 2016. *Id*. BANA's deadline to file its opposition is July 23, 2016. *See* Local Rule 7-2. The parties stipulate to extending BANA's deadline by fourteen additional days, to August 7, 2016, to allow BANA additional time to prepare its opposition. Good cause exists to extend the deadline, as the extension will allow BANA's counsel to more fully review the points and authorities raised in the motion.

This is BANA's first request for an extension of this deadline and is not intended for the

{38680733;1}                                                               1

1  purposes of prejudice or delay.

2  DATED this 25th day of July, 2016.

| **AKERMAN LLP** | **LIPSON NEILSON COLE SELTZER & GARIN, P.C.** |
|---|---|
| */s/ Tenesa S. Scaturro* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> TENESA S. SCATURRO, ESQ. <br> Nevada Bar No. 12488 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Plaintiff* | */s/ Megan H. Hummel* <br> KALEB D. ANDERSON, ESQ. <br> Nevada Bar No. 7582 <br> MEGAN H. HUMMEL, ESQ. <br> Nevada Bar No. 12404 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Southwest Meadows Homeowners' Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**Dated:** August 4, 2016

{38680733;1}

2