MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff, Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>CANYON WILLOW TROP OWNERS' ASSOCIATION; VAN N. KABZENELL; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01327-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY FOR LIMITED PURPOSE AND TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff Bank of America, N.A. (**BANA**) (Plaintiff), files this stipulation to request the court to extend the close of discovery by thirty (30) days and to extend the dispositive motion and joint pretrial order deadlines accordingly. This is the parties' first request for an extension of the current discovery deadlines.

This dispute follows a foreclosure sale conducted by Canyon Willow Trop Owners' Association (**HOA**). The parties seek quiet title and related relief as to the property foreclosed upon. The primary issue is whether BANA's deed of trust survived the foreclosure sale.

On December 6, 2017, the court entered a Stipulated Discovery Plan and Scheduling Order ECF No. 34 and set the following deadlines:

      (a)    Discovery cut off: March 7, 2018.

1

44281801;1
44308851;1

| | | |
|---|---|---|
| 1 | (c) | Last date to make initial expert disclosures: January 5, 2018. |
| 2 | (d) | Last date to make rebuttal expert disclosures: February 5, 2018. |
| 3 | (e) | Last date to file dispositive motions: April 6, 2018. |
| 4 | (f) | Last Day to file Pre-Trial Order: May 4, 2018 |

The following discovery has been completed:

1. BANA served its Initial Expert Disclosure on January 5, 2018.
2. The HOA served its First Set of Requests for Admission, Interrogatories, and Requests for Production on BANA on February 2, 2018.
3. The HOA served its Disclosure of Rebuttal Expert on February 5, 2018.
4. BANA served its First Set of Requests for Admission, Interrogatories, and Requests for Production on the HOA and Van N. Kabzenell on February 7, 2018.
5. BANA served its First Subpoena Duces Tecum and Subpoena for Rule 30(b)(6) deposition on NAS on February 7, 2018.
6. BANA served its First Amended Subpoena Duces Tecum and First Amended Subpoena for Rule 30(b)(6) deposition on NAS on February 15, 2018.

The parties have all identified the need for extensions to respond to written discovery. Counsel for Van Kabzenell also recently notified BANA that Van Kabzenell is not available for the deposition previously scheduled for March 7, 2018, and the witness for Nevada Association Services is also not available to testify at a deposition until March 23, 2018. To allow time for each party to complete the written discovery and depositions, the parties stipulate to extending the discovery deadline thirty (30 days) from the date of the current discovery cutoff of March 7, 2018. The parties further stipulate to extending the dispositive motions deadline thirty (30) days from its current deadline of April 6, 2018, and the pre-trial order filing deadline thirty (30) days from its current deadline of May 4, 2018.

The parties agree that discovery, dispositive motion, and pre-trial order deadlines will be extended thirty (30) days, and the scheduling order deadlines will be extended to the following:

(a). Discovery Cut Off: **April 6, 2018.**

2

44281801;1
44308851;1

    (b).  Dispositive motions**: May 6, 2018.**

    (c).  Last Day to File Pre-Trial Order: **June 3, 2018.**

DATED this 5th day of March, 2018.

| LIPSON NEILSON COLE SELTZER & GARIN PC | THE LAW OFFICES OF CURTISS S. CHAMBERLAIN |
|---|---|
| */s/ Megan Hummel* <br> Kaleb D. Anderson, Esq. <br> Megan H. Hummel, Esq. <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Canyon Willow Trop Owners' Association* | */s/ Curtiss Chamberlain* <br> Curtiss S. Chamberlain, Esq. <br> 6887 West Charleston Blvd. <br> Las Vegas, Nevada 89103 <br><br> *Attorneys for Van N. Kabzenell* |
| AKERMAN, LLP <br><br> */s/ Jamie K. Combs* <br> Melanie D. Morgan, Esq. <br> Jamie K. Combs, Esq. <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Plaintiff Bank of America, N.A.* | |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 8, 2018

44281801;1
44308851;1