Curtiss S. Chamberlain, Esq.
Nevada Bar No. 11535
**THE LAW OFFICES OF CURTISS S. CHAMBERLAIN**
5440 W. Sahara Ave Suite 106
Las Vegas, NV 89146
Phone: 702.997.1420
Fax: 702.832.0266
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BANK OF AMERICA, N.A., SUCCESSOR
BY MERGER TO BAC HOME LOANS
SERVICIN, LP FKA COUNTRYWIDE
HOME LOANS SERVICING, LP,

          Plaintiff,

vs.

CANYON WILLOW TROP OWNERS'
ASSOCIATION; VAN N. KABZENELL;
and NEVADA ASSOCATION SERVICES,
INC.

**CASE NO.: 2:16-cv-01327-GMN-NJK**

**STIPULATION AND ORDER TO
ALLOW DEFENDANT VAN N.
KABZENELL TO FILE LATE
OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY
JUDGEMENT**

*//*

*//*

The parties have agreed, due to a clerical error combined with a family vacation and three scheduled trials in the month of June, to permit Defendant Van n. Kabzenell to file a late opposition to Plaintiff's Motion for Summary Judgment. Plaintiff reserves the right to object to the timeliness of Defendant's opposition.

DATED this 14th day of August, 2018.

**LAW OFFICES OF CURTISS S. CHAMBERLAIN**

*/s/ Curtiss S. Chamberlain*
_____

Curtiss S. Chamberlain, Esq.
Nevada State Bar No. 11535
5440 W. Sahara Ave Suite 106
Las Vegas, Nevada 89146
*Attorney for Defendant*
*Van N. Kabzenell*

DATED this 14th  day of August, 2018.

**AKERMAN, LLP**

*/s/ Jamie K. Combs*
_____

Jamie K. Combs, Esq.
Nevada State Bar No. 13088
1635 Village Center Circle Suite 200
Las Vegas, NV 89134
*Attorney for Plaintiff*

## **ORDER**

For good cause appearing, the proposed Stipulation to Allow Defendant Van N. Kabzenell to File a Late Opposition to Plaintiff's Motion for Summary Judgment is hereby approved and adopted as the Order of the Court. Defendant shall have seven (7) days after the issuance of this Order to file his opposition.

IT IS SO ORDERED.

DATED this _21_ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT