# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br>    Plaintiff(s),<br>v.<br>CANYON WILLOW TROP OWNERS' ASSOCIATION, et al.,<br>    Defendant(s). | Case No.: 2:16-cv-01327-GMN-NJK<br><br>**Order** |

The parties were ordered to file dismissal papers by September 14, 2018. Docket No. 53. To date, they have not done so. Dismissal papers must be filed by January 25, 2019.

IT IS SO ORDERED.

Dated: January 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1